**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT BARLET, | Case No. 08-CV-06670 VBF (JCx) |
| Plaintiff, | |
| vs. | ORDER OF |
| CONSUMER RECOVERY ASSOCIATION, | DISMISSAL WITH PREJUDICE |
| Defendant. | |

Based on the stipulation of the parties, Plaintiff, KURT BARLET, and Defendant, CONSUMER RECOVERY ASSOCIATES, LLC, erroneously identified as CONSUMER RECOVERY ASSOCIATION, filed herein pursuant to Fed. R. Civ. P. 41(a)(1),

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: November 25, 2008

*/s/ Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
United States District Judge